# EXHIBIT A



# Terms and Conditions

Chicago AquaLeisure, LLC abides by all USCG and Bareboat charter policies. Please review the following TERMS AND CONDITIONS:

1) The Boat Owner ("OWNER") agrees to relinquish possession, command, navigation and control of watercraft to the client ("CHARTERER") for the duration of the scheduled yachting activity. The OWNER warrants that said Vessel, when delivered to the CHARTERER, shall be in good seaworthy condition and shall comply with all applicable laws and regulations pertaining to the conditions of said Vessel. CHARTERER agrees to survey the vessel upon its delivery and return. CHARTERER acknowledges that they have ultimate command over the Watercraft and its navigation during the duration of their yachting activity.

2) PAYMENT TERMS: To secure the reservation the CHARTERER shall pay a deposit of 100% the cost of the rental at checkout. CHARTERER authorizes Chicago AquaLeisure, LLC to charge a valid credit card on file and/or collect additional funds for any of the following, as caused by the CHARTERER and/or the CHARTERER's guests': 1) Damage to the vessel; 2) Service to equipment from improper use; 3) Missing or damaged equipment; 4) Excessive cleaning fees; and 5) Damages to the head (bathroom). All payments must be made to Chicago AquaLeisure, LLC.

3) CHARTERER must select a qualified mariner, from OWNER'S approved operator list to captain the vessel or they may provide their own with similar skill and proficiency, to operate the vessel. If the latter, the OWNER reserves the right to request mariner credentials from the provided captain for approval. Additional docking practice may be requested by the OWNER.

4) CHARTERER acknowledges that neither the OWNER, Chicago AquaLeisure, LLC, its agents, the Vessel, nor the underwriters of any of the foregoing shall have any responsibility or liability for any claim involving damage to or loss of any cargo or equipment carried by the Vessel; or for any injury, illness, disease or death of employees and/or guests of CHARTERER, its subcontractors, or their employees or agents; and the CHARTERER shall defend indemnify and hold harmless the OWNER, its agents, the Vessel, the captain and crew, and the underwriters of each of the foregoing from and against any such claim, whether groundless or not, and whether caused in whole or in part by the negligence or faults of indemnities or by

Doc ID: f0fb7554808500b7d677366ffbc78718bbcaa452



unseaworthiness of the Vessel or equipment of the OWNER, OWNER'S property, and OWNER'S sub-contractor's property.

5) WEATHER POLICY: If weather does not permit, such that the desired route/area of travel is deemed "un-charterable," the OWNER and its employees will work with the CHARTERER in temporarily postponing and/or or rescheduling the charter. If neither options are possible, a full refund will be issued. The ability to deem the desired route/area of travel as "un-charterable," is at the sole discretion of the captain or the OWNER.

6) CANCELLATION POLICY: Cancellations made 21 days or more prior to the charter date are subject to a full refund minus the $100 cancellation fee. Cancellations made between 20 - 7 days of the charter date are subject to a 50% refund minus the $100 cancellation fee. Cancellations made 6 days or fewer the charter date are subject to no refund. All requests for cancellations must be made in writing via email to info@chicagoaqualeisure.com by the CHARTERER only.

7) FUEL POLICY: Fuel costs are included in the cost of the rental.

8) Our legal capacity is no more than 12 guests on board, not including the captain and crew.

9) The CHARTERER must hire their own captain (the cost of a captain is not included in the charter price). The CHARTERER understands that the captain experience is not a reflection of Chicago AquaLeisure, LLC as the captain is a separate entity.

10) After booking, we will provide the charterer with a list of approved captains available for hire (you may also provide your own).

**Please sign and type your name if you agree to the terms above.**

_[signature]_

Signature

Fabian Rosado

Printed Name

07 / 05 / 2022

Date

Doc ID: f0fb7554808500b7d677366ffbc78718bbcaa452