# EXHIBIT D

Civil Action Cover Sheet – Case Initiation
#02329 MDD\dw    11/28/2022    2022N-0162

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - LAW DIVISION**

FILED
12/21/2022 1:34 PM
(12/01/20) CCL 0520
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L011324
Calendar, C
20767788

LANA BATOCHIR,

                Plaintiff,

v.

JOSEPH NEVERAUSKAS,
CHICAGO AQUALEISURE, LLC, a limited liability company,
and THERESA TRAN,

                Defendants.

No. _____

### CIVIL ACTION COVER SHEET – CASE INITIATION

A Civil Action Cover Sheet – Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand  ☒ Yes  ☐ No

(FILE STAMP)

**PERSONAL INJURY/WRONGFUL DEATH**
CASE TYPES:
☐ 027 Motor Vehicle
☐ 040 Medical Malpractice
☐ 047 Asbestos
☐ 048 Dram Shop
☐ 049 Product Liability
☐ 051 Construction Injuries
     (including Structural Work Act, Road
     Construction Injuries Act and negligence)
☐ 052 Railroad/FELA
☐ 053 Pediatric Lead Exposure
☒ 061 Other Personal Injury/Wrongful Death
☐ 063 Intentional Tort
☐ 064 Miscellaneous Statutory Action
    *(Please Specify Below**)*
☐ 065 Premises Liability
☐ 078 Fen-phen/Redux Litigation
☐ 199 Silicone Implant

**COMMERCIAL LITIGATION**
CASE TYPES:
☐ 002 Breach of Contract
☐ 070 Professional Malpractice
     (other than legal or medical)
☐ 071 Fraud (other than legal or medical)
☐ 072 Consumer Fraud
☐ 073 Breach of Warranty
☐ 074 Statutory Action
    *(Please Signify Below**)*
☐ 075 Other Commercial Litigation
    *(Please Signify Below**)*
☐ 076 Retaliatory Discharge

**OTHER ACTIONS**
CASE TYPES:
☐ 062 Property Damage
☐ 066 Legal Malpractice
☐ 077 Libel/Slander
☐ 079 Petition for Qualified Orders
☐ 084 Petition to Issue Subpoena
☐ 100 Petition for Discovery

**TAX & MISCELLANEOUS REMEDIES**
CASE TYPES:
☐ 007 Confession of Judgment
☐ 008 Replevin
☐ 009 Tax
☐ 015 Condemnation
☐ 017 Detinue
☐ 029 Unemployment Compensation
☐ 031 Foreign Transcript
☐ 036 Administrative Review Action
☐ 085 Petition to Register Foreign Judgment
☐ 099 All Other Extraordinary Remedies

**_____**
**_____**

Primary Email:  ccfiling@corboydemetrio.com

Secondary Email: _____

Tertiary Email: _____

By: _/s/_____
   (Attorney)         (Pro Se)

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice from the Clerk's Office for this case at this email address: _____

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

FILED DATE: 12/21/2022 1:34 PM 2022L011324

#02329   MDD\ot                                            2022N-0162

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| LANA BATOCHIR,<br><br>Plaintiff.<br><br>v.<br><br>JOSEPH NEVERAUSKAS;<br>CHICAGO AQUALEISURE, LLC,<br>an Illinois Limited Liability Company; and<br>THERESA TRAN,<br><br>Defendants. | No.<br>**PLAINTIFF DEMANDS TRIAL BY JURY** |

## COMPLAINT AT LAW

Plaintiff, LANA BATOCHIR, by and through her attorneys, CORBOY & DEMETRIO, P.C., complaining of Defendants, JOSEPH NEVERAUSKAS; CHICAGO AQUALEISURE, LLC, an Illinois Limited Liability Company (hereinafter "Aqualeisure"); and THERESA TRAN, and each of them, states:

### COUNT I

### Joseph Neverauskas – Negligence – Personal Injury

1. On August 13, 2022, JOSEPH NEVERAUSKAS was captaining and operating a vessel named "La Aqua Vida" on the waters of Lake Michigan within the boundaries of Chicago, Cook County, Illinois.

2. On August 13, 2022, and at all relevant times, JOSEPH NEVERAUSKUS was acting as an agent, apparent and/or actual, of AQUALEISURE.

3. On August 13, 2022, and at all relevant times, Theresa Tran owned, managed, controlled, and operated AQUALEISURE.

4. On August 13, 2022, and at all relevant times, JOSEPH NEVERAUSKAS was operating "La Aqua Vida" on an excursion in the course and scope of his employment with AQUALEISURE.

5. On August 13, 2022, and at all relevant times, Theresa Tran owned "La Aqua Vida."

6. On August 13, 2022, JOSEPH NEVERAUSKAS operated "La Aqua Vida" into an area of Lake Michigan colloquially known as the "Playpen."

7. On August 13, 2022, JOSEPH NEVERAUSKAS operated to an area of the "Playpen" titled "Anchorage Area C."

8. On August 13, 2022, LANA BATOCHIR was a passenger on a non-commercial vessel known as the "Sea Ray."

9. On August 13, 2022, the Sea Ray was anchored in the Lake Michigan "Playpen" near 800 North Lakeshore Drive, Chicago, Illinois.

10. On August 13, 2022, LANA BATOCHIR was floating on a raft attached to the rear of the Sea Ray.

11. On August 13, 2022, JOSEPH NEVERAUSKAS was attempting to set anchor when "La Aqua Vida" started drifting forward.

12. On August 13, 2022, JOSEPH NEVERAUSKAS operated "La Aqua Vida," into reverse.

13. On August 13, 2022, the propeller of "La Aqua Vida" struck LANA BATOCHIR.

14. On August 13, 2022, LANA BATOCHIR suffered traumatic amputation of both legs as a result of the propellers of "La Aqua Vida."

15. On August 13, 2022, JOSEPH NEVERAUSKAS was negligent in one of more of the following ways:

    a. Failed to maintain a proper lookout;

    b. Failed to proceed at a safe speed under the circumstances and conditions in order to appropriately stop and avoid colliding with LANA BATOCHIR;

    c. Operated "La Aqua Vida" in a manner that unreasonably interfered with the Sea Ray's free and proper navigation of the waterways of the State of Illinois, in violation of 625 ILCS 45/5-3;

    d. Operated "La Aqua Vida" in such a manner as to endanger life or limb, in violation of Chicago City Ordinance 10-40-260(a); and

    e. Operated "La Aqua Vida" in a manner which presented an unreasonable danger of injury, in violation of Chicago Park District Harbor Rule (2)(e)(1).

16. As a proximate result of one or more of the aforementioned negligent acts and/or omissions, LANA BATOCHIR suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, LANA BATOCHIR, demands judgment against Defendant, JOSEPH NEVERAUSKAS for a sum in excess of the jurisdictional limits of the Law Division of the Circuit Court of Cook County.

## COUNT II

### Chicago Aqualeisure, LLC – Negligence – Personal Injury

1-14. Plaintiff adopts and realleges paragraphs 1-14 of Count I as paragraphs 1-14 of Count II as though fully set forth herein.

15. On August 13, 2022, AQUALEISURE, individually, and/or through its agents, was negligent in one of more of the following ways:

    a. Failed to maintain a proper lookout;

    b. Failed to proceed at a safe speed under the circumstances and conditions in order to appropriately stop and avoid colliding with LANA BATOCHIR;

FILED DATE: 12/21/2022 1:34 PM 2022L011324

    c.    Operated "La Aqua Vida" in a manner that unreasonably interfered with the Sea Ray's free and proper navigation of the waterways of the State of Illinois, in violation of 625 ILCS 45/5-3;

    d.    Operated "La Aqua Vida" in such a manner as to endanger life or limb, in violation of Chicago City Ordinance 10-40-260(a);

    e.    Operated "La Aqua Vida" in a manner which presented an unreasonable danger of injury, in violation of Chicago Park District Harbor Rule (2)(e)(1);

    f.    Failed to adequately supervise its employees and/or agents, including Joseph Neverauskas;

    a.    Failed to adequately train its employees and/or agents, including Joseph Neverauskas; and

    b.    Failed to adequately maintain the subject vessel.

WHEREFORE, Plaintiff, LANA BATOCHIR, demands judgment against Defendant, CHICAGO AQUALEISURE, an Illinois Limited Liability Company, for a sum in excess of the jurisdictional limits of the Law Division of the Circuit Court of Cook County.

## COUNT III

### Theresa Tran – Negligence – Personal Injury

1-14.    Plaintiff adopts and realleges paragraphs 1-14 of Count I as paragraphs 1-14 of Count III as though fully set forth herein.

15.    On August 13, 2022, THERESA TRAN was negligent in one of more of the following ways:

    a.    Failed to adequately supervise her employees and/or agents, including Joseph Neverauskus;

    b.    Failed to adequately train her employees and/or agents, including Joseph Neverauskus; and

    c.    Failed to adequately maintain the subject vessel.

4

WHEREFORE, Plaintiff, LANA BATOCHIR, demands judgment against Defendant, THERESA TRAN, for a sum in excess of the jurisdictional limits of the Law Division of the Circuit Court of Cook County.

_____
Michael D. Ditore

Thomas A. Demetrio
Francis Patrick Murphy
Michael D. Ditore
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329
Primary E-Mail: ccfiling@corboydemetrio.com

FILED DATE: 12/21/2022 1:34 PM 2022L011324

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

LANA BATOCHIR,

        Plaintiff.

v.

CHICAGO AQUALEISURE, LLC, a limited liability company; THERESA TRAN; and JOSEPH NEVERAUSKAS,

        Defendants.

No.

## AFFIDAVIT

I, MICHAEL D. DITORE, state under oath:

1. I am an attorney associated with Corboy & Demetrio, P.C. and am responsible for filing of the Complaint at Law in this matter.

2. The total of money damages sought by plaintiff does exceed $50,000.00, exclusive of interest and costs.

                                      CORBOY & DEMETRIO, P.C.
                                      By: Michael D. Ditore

SUBSCRIBED and SWORN to before me this 21st day of December, 2022.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
MARCY A. TWARDAK
Notary Public, State of Illinois
My Commission Expires 11-30-2024

Michael D. Ditore
CORBOY & DEMETRIO, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329
Primary E-Mail: ccfiling@corboydemetrio.com

#02329   MDD\dw   11/28/2022                                                                2022N-0162

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

LANA BATOCHIR,

        Plaintiff.

        v.

CHICAGO AQUALEISURE, LLC, a limited liability company; THERESA TRAN; and JOSEPH NEVERAUSKAS,

        Defendants.

No.

### JURY DEMAND

The undersigned hereby demands trial by jury.

_____
Michael D. Ditore

Michael D. Ditore
CORBOY & DEMETRIO, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329
Primary E-Mail: ccfiling@corboydemetrio.com

---

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED DATE: 12/21/2022 1:34 PM   2022L011324